B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Feeney, Michael L.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-6392** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9301 Canyon Classic Dr.**<br>**Las Vegas, NV**<br>ZIP Code **89144** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| B1 (Official Form 1)(4/10) | | Page 2 |
|---|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case)* | | Name of Debtor(s): **Feeney, Michael L.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Terry V. Leavitt, Esq.**          **March  8, 2011** Signature of Attorney for Debtor(s)                (Date) **Terry V. Leavitt, Esq. 000295** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): **Feeney, Michael L.** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Michael L. Feeney**
Signature of Debtor  **Michael L. Feeney**

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**March 8, 2011**
Date

### Signature of Attorney*

**X  /s/ Terry V. Leavitt, Esq.**
Signature of Attorney for Debtor(s)

**Terry V. Leavitt, Esq. 000295**
Printed Name of Attorney for Debtor(s)

**Terry V. Leavitt**
Firm Name

**601 S. Sixth Street**
**Las Vegas, NV 89101**

Address

**Terry@Leavittbk.com, Laura@Leavittbk.com**
**(702) 385-7444  Fax: (702) 385-1178**
Telephone Number

**March 8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re   **Michael L. Feeney**                                     Case No.
                          Debtor(s)                                Chapter   **11**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont. Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Michael L. Feeney**
**Michael L. Feeney**

Date: **March  8, 2011**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

### NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
### OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                                                  Page 2

       Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

       Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

       After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

       Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

       Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

       A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re **Michael L. Feeney**　　　　　　　　　　　　　　　　　Case No.
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter **11**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Michael L. Feeney** | X **/s/ Michael L. Feeney** | **March 8, 2011** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) | X | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   **Michael L. Feeney**                                    Case No.
                              Debtor(s)                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Amador Bengochea**<br>**3042 S. Durango Drive**<br>**Las Vegas, NV 89117** | **Amador Bengochea**<br>**3042 S. Durango Drive**<br>**Las Vegas, NV 89117** | **Debt Buyers** | **Contingent** | **72,000.00** |
| **Anna Toth**<br>**241 Connecticut St.**<br>**Westfield, NJ 07090** | **Anna Toth**<br>**241 Connecticut St.**<br>**Westfield, NJ 07090** | **Loan** | | **50,000.00** |
| **Bank of America**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | **Bank of America**<br>**PO Box 5170**<br>**Simi Valley, CA 93062** | **3558 Auckland Castle**<br>**Las Vegas, NV 89135** | | **443,978.00**<br><br>**(300,000.00 secured)** |
| **Bank of Nevada**<br>**7251 W. Lake Mead**<br>**Las Vegas, NV 89108** | **Bank of Nevada**<br>**7251 W. Lake Mead**<br>**Las Vegas, NV 89108** | **Business Credit Line** | **Contingent** | **1,000,000.00** |
| **Bob Dickerson, Esq.**<br>**Dickerson Law Group**<br>**1745 Village Center Circle**<br>**Las Vegas, NV 89134** | **Bob Dickerson, Esq.**<br>**Dickerson Law Group**<br>**1745 Village Center Circle**<br>**Las Vegas, NV 89134** | **Services** | | **75,000.00** |
| **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **519 Regents Gate**<br>**Henderson, NV 89052** | | **2,348,079.00**<br><br>**(1,400,000.00 secured)** |
| **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **9301 Canyon Classic Dr., Las Vegas NV 89144** | | **1,880,526.00**<br><br>**(1,300,000.00 secured)** |
| **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **215 Crestview Dr. Mt Charleston, NV 89124** | | **999,580.00**<br><br>**(600,000.00 secured)** |
| **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **Chase**<br>**PO Box 78148**<br>**Phoenix, AZ 85062** | **9301 Canyon Classic Dr., Las Vegas NV 89144** | | **197,914.00**<br>**(1,300,000.00 secured)**<br>**(1,880,526.00 senior lien)** |
| **City National Bank**<br>**6085 E.Twain Ave.**<br>**Las Vegas, NV 89103** | **City National Bank**<br>**6085 E.Twain Ave.**<br>**Las Vegas, NV 89103** | **Business Credit Line/Lawsuit** | **Contingent** | **1,900,000.00** |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                                   Best Case Bankruptcy

B4 (Official Form 4) (12/07) - Cont.

In re  **Michael L. Feeney**  
                Debtor(s)

Case No. _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Debt Purchasing Group<br>6565 Spencer Street<br>Las Vegas, NV 89119 | Debt Purchasing Group<br>6565 Spencer Street<br>Las Vegas, NV 89119 | Debt Buyers | Contingent | 71,000.00 |
| Edward Lisicki<br>2805 Red Rock Street<br>Las Vegas, NV 89102 | Edward Lisicki<br>2805 Red Rock Street<br>Las Vegas, NV 89102 | Debt Buyers | Contingent | 91,000.00 |
| Independent Bank<br>623 Washington Ave<br>Bay City, MI 48708 | Independent Bank<br>623 Washington Ave<br>Bay City, MI 48708 | 207 5th Ave #350<br>San Diego, CA 92101 | | 361,905.00<br><br>(300,000.00 secured) |
| Indy Mac (One West Bank)<br>6900 Beatrice Dr.<br>Kalamazoo, MI 49009 | Indy Mac (One West Bank)<br>6900 Beatrice Dr.<br>Kalamazoo, MI 49009 | 215 Crestview Dr.<br>Mt Charleston, NV 89124 | | 169,791.00<br>(600,000.00 secured)<br>(999,580.00 senior lien) |
| James Jimmerson, Esq.<br>Jimmerson Hansen PC<br>415 S. 6th St. Ste 100<br>Las Vegas, NV 89101 | James Jimmerson, Esq.<br>Jimmerson Hansen PC<br>415 S. 6th St. Ste 100<br>Las Vegas, NV 89101 | Legal Fees | | 175,000.00 |
| Lee Ann Mill<br>3221 Nature Drive<br>Loveland, CO 80537 | Lee Ann Mill<br>3221 Nature Drive<br>Loveland, CO 80537 | Debt Buyers | Contingent | 146,000.00 |
| Professional Billing Ltd<br>59 Big Creek Court<br>Las Vegas, NV 89148 | Professional Billing Ltd<br>59 Big Creek Court<br>Las Vegas, NV 89148 | Debt Buyers | Contingent | 95,000.00 |
| Rose Mihata (Mihata Holdings)<br>2964 Sun Lake Dr.<br>Las Vegas, NV 89128 | Rose Mihata (Mihata Holdings)<br>2964 Sun Lake Dr.<br>Las Vegas, NV 89128 | Lease | | 100,000.00 |
| Wells Fargo Bank<br>PO Box 5185<br>Sioux Falls, SD 57117 | Wells Fargo Bank<br>PO Box 5185<br>Sioux Falls, SD 57117 | Student Loans | | 45,951.00 |
| William Meeker<br>368 Lambert Road<br>Carpinteria, CA 93013 | William Meeker<br>368 Lambert Road<br>Carpinteria, CA 93013 | Debt Buyers | Contingent | 650,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Michael L. Feeney**                                                                                       Case No.
                                   Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Michael L. Feeney**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 8, 2011**                                  Signature  **/s/ Michael L. Feeney**
                                                                    **Michael L. Feeney**
                                                                    Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Michael L. Feeney**
Debtor(s)

Case No.
Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __37__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March  8, 2011**

Signature  **/s/ Michael L. Feeney**
**Michael L. Feeney**
Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
**District of Nevada**

In re   **Michael L. Feeney**                                Case No.
                                               Debtor(s)                 Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ **66,039.00** |
    | Prior to the filing of this statement I have received | $ **66,039.00** |
    | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):      **Third Party Funds**

3. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
          **Negotiations with secured creditors in regard to lift stay motions, adequate protection orders and motion to reduce liens to market value; and exemption planning. In Chapter 13 and Chapter 11, preparation of plan and proceedings necessary for plan confirmation.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, or any other adversary proceeding, unless separate agreement is made.**

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **March 8, 2011**                              **/s/ Terry V. Leavitt, Esq.**
                                                                             **Terry V. Leavitt, Esq. 000295**
                                                                             **Terry V. Leavitt**
                                                                             **601 S. Sixth Street**
                                                                             **Las Vegas, NV 89101**
                                                                             **(702) 385-7444  Fax: (702) 385-1178**
                                                                             **Terry@Leavittbk.com, Laura@Leavittbk.com**

# United States Bankruptcy Court
## District of Nevada

In re  **Michael L. Feeney**                                          Case No.
                                    Debtor(s)                          Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **March 8, 2011**                         **/s/ Michael L. Feeney**
                                                 **Michael L. Feeney**
                                                 Signature of Debtor

Michael L. Feeney
9301 Canyon Classic Dr.
Las Vegas, NV 89144

Terry V. Leavitt, Esq.
Terry V. Leavitt
601 S. Sixth Street
Las Vegas, NV 89101

Alicia Tomolo
3080 S. Durango Drive Ste. 208
Las Vegas, NV 89117

Allied Collection Services, Inc.
3080 S. Durango Drive, Ste. 208
Las Vegas, NV 89117

Alphera Financial Serv
Acct No xxxxxx0491
5550 Britton Pkwy
Hilliard, OH 43026

Alphera Financial Services
Acct No xxxxxx0491
PO Box 78103
Phoenix, AZ 85062

Amador Bengochea
Acct No x0227
3042 S. Durango Drive
Las Vegas, NV 89117

Anderson Pest Control
Acct No x7541
4300 N. Pecos Rd. #9
Las Vegas, NV 89115

Andrew Cartwright
Acct No x0731
6565 Spencer Street
Las Vegas, NV 89119

Anna Toth
241 Connecticut St.
Westfield, NJ 07090

Anthem Forensics
Acct No Feeney
2520 Saint Rose Pkwy #310
Henderson, NV 89074

Attanasio Financial
Acct No Feeney
9516 W. Flamingo Rd. Suite 210
Las Vegas, NV 89147

BAC Home Loans
Acct No xxxx2554
450 American Street
Simi Valley, CA 93065

Bank of America
Acct No xxxxx2554
PO Box 5170
Simi Valley, CA 93062

Bank Of America
Acct No xxxxxxxxxxx9737
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank of Nevada
7251 W. Lake Mead
Las Vegas, NV 89108

Bob Dickerson, Esq.
Acct No Feeney
Dickerson Law Group
1745 Village Center Circle
Las Vegas, NV 89134

Canyon Fairways HOA
Acct No xxF094
c/o Real Property Management
PO Box 63398
Phoenix, AZ 85082

Chad Tomulo
Acct No x0628
2279 Laramine River Drive
Henderson, NV 89052

Chase
Acct No xxxxxx2274
PO Box 78148
Phoenix, AZ 85062

Chase
Acct No xxxxxxxx2274
Po Box 1093
Northridge, CA 91328

Chase
Acct No xxxxxxxx0140
Po Box 901039
Fort Worth, TX 76101

Chase Mtg
Acct No xxxxxxxxx9220
10790 Rancho Bernardo Rd
San Diego, CA 92127

Chuck Cowley
Desert Ohana LLC
2280 Modena Circle
Saint George, UT 84790

City National Bank
Acct No x-xx-xxxxxx-x xxpt. XI
6085 E.Twain Ave.
Las Vegas, NV 89103

City of Henderson
Acct No xxxxx5836
PO Box 95011
Henderson, NV 89009

City of Las Vegas-Sewer Services
Acct No xx-x3241
Dept of Finance and Business
PO Box 52794
Phoenix, AZ 85072-2794

City Of San Diego
Acct No xxxxxxx8416
Business Department
PO Box 129003
San Diego, CA 92112

City of San Diego
Acct No xxxxxx0241
Water Department
PO Box 129003
San Diego, CA 92112

Cox Communications
PO Box 78071
Phoenix, AZ 85062

| | | |
|---|---|---|
| Dan Lowther<br>Acct No x1001<br>777 S. Highway 101 #200<br>Solana Beach, CA 92075 | Hard Rock Hotel Subs<br>PO Box 61025<br>Phoenix, AZ 85082 | Karen Windham Pinol<br>7313 Burnt Umber Street<br>Las Vegas, NV 89139 |
| Dan McCallister<br>Acct No xxxxxx0300<br>San Diego County Treasurer<br>1600 Pacific Highway Room 162<br>San Diego, CA 92101 | Houlihan Evaluation<br>Acct No Feeney<br>2421 Tech Center Court Ste 111<br>Las Vegas, NV 89128 | KJ Management Consulting<br>7313 Burnt Umber Street<br>Las Vegas, NV 89139 |
| David Bagy<br>Acct No x1001,x1214<br>5705 Avenida Tampico<br>Las Vegas, NV 89108 | Independent Bank<br>Acct No xxxxxxx3691<br>623 Washington Ave<br>Bay City, MI 48708 | La Jolla Emergency<br>Acct No xxxxx1100<br>PO Box 2189<br>Stanton, CA 90680 |
| Debt Buyers, Inc.<br>3080 S. Durango Dr. Ste 208<br>Las Vegas, NV 89117 | Independent Bank<br>Acct No xxxxxxxxxx0001<br>230 W Main St<br>Ionia, MI 48846 | Las Vegas Valley Water District<br>1001 S. Valley View Blvd.<br>Las Vegas, NV 89153 |
| Debt Purchasing Group<br>Acct No x0227<br>6565 Spencer Street<br>Las Vegas, NV 89119 | Indy Mac (One West Bank)<br>Acct No xxxxxx6581<br>6900 Beatrice Dr.<br>Kalamazoo, MI 49009 | Lawn Dynamics<br>Acct No 3308<br>3935 White Fir Way<br>Las Vegas, NV 89124 |
| Edward Lisicki<br>Acct No x1001,x1228,x1229,x0731<br>2805 Red Rock Street<br>Las Vegas, NV 89102 | Indymac Bank<br>Acct No xxxxxxxxx6581<br>Attn:Bankruptcy<br>Po Box 4045<br>Kalamazoo, MI 49003 | Lee Ann Mill<br>Acct No x0226<br>3221 Nature Drive<br>Loveland, CO 80537 |
| Farmers Insurance<br>Acct No xxxxxxxxxxxxxxx7454<br>PO Box 894729<br>Los Angeles, CA 90189 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | LL Bradford<br>Acct No Feeney<br>8550 W. Sunset Rd.<br>Las Vegas, NV 89148 |
| Faustino Rojas<br>Acct No Feeney<br>4751 Juliano Dr.<br>San Diego, CA 92117 | James Jimmerson, Esq.<br>Acct No Feeney<br>Jimmerson Hansen PC<br>415 S. 6th St. Ste 100<br>Las Vegas, NV 89101 | Luther Burbank S & L<br>Acct No xxxxxxx7606<br>804 Fourth Street<br>Santa Rosa, CA 95404 |
| Foothills at McDonald Ranch<br>c/o Real Property Management<br>PO Box 63398<br>Phoenix, AZ 85082 | John Goss<br>Acct No x0910<br>3042 S. Durango Drive<br>Las Vegas, NV 89117 | Luther Burbank Savings<br>Acct No xxxxxx5766<br>604 4th St.<br>Santa Rosa, CA 95404 |
| Hammeroff Law Group<br>3443 E. Ft. Lowell Road #101<br>Tucson, AZ 85716 | Karen Feeney<br>6111 Camino De La Costa<br>La Jolla, CA 92037 | Mb Fin Svcs<br>Acct No xxxxxx2258<br>36455 Corporate Dr<br>Farmington Hills, MI 48331 |

Medicredit Inc
Acct No xxxxx1757
Po Box 410917
Saint Louis, MO 63141

Mercedes Benz
Acct No xxxxxx2258
PO Box 9001680
Louisville, KY 40290

Messer and Stilp
Acct No x0629
166 W. Washington #300
Chicago, IL 60602

Michael & Helen Pruto
Acct No x1001
3188 Swallow Lane
Las Vegas, NV 89121

Michael Toth
Acct No x1001
241 Connecticut Street
Westfield, NJ 07090

Ncb Ne Er
Acct No xxxxxxxxxxxx7517
4661 E Main St
Columbus, OH 43213

NCO Financial
Acct No xx0008
PO Box 15372
Wilmington, DE 19850

NV Energy
Acct No xxxxxxxxxxxxxxx9011
PO Box 30086
Reno, NV 89520

Patty Romeo
Acct No x0101,x0227
1357 Goldenglow Road
Las Vegas, NV 89108

Paul Zahra
Acct No x1001
9436 Dutch Hill Court
Las Vegas, NV 89128

Personalized Pool
Acct No xxn930
2110 W. Bonanza Rd.
Las Vegas, NV 89103

PNC Bank
Acct No xxxxxxxxxxxx7517
PO Box 856177
Louisville, KY 40285

Pro Flame
Acct No xx3488
4420 McGuire St
North Las Vegas, NV 89081

Professional Billing Ltd
Acct No x0101,x0731,x0227
59 Big Creek Court
Las Vegas, NV 89148

Protax
13715 Poway Rd. #B
Poway, CA 92064

Protection One
Acct No xxxx4224
PO Box 5714
Carol Stream, IL 60197

Republic Services
Acct No xxxxxxxxx8420
PO Box 78829
Phoenix, AZ 85062

Robert & Betty Baoy
Acct No x0531
3558 Auckland Castle Court
Las Vegas, NV 89135

Roma, Murphy & Horowitz
Acct No xxxxxx3389
2815 Camino Del Rio South
Suite 111
San Diego, CA 92108

Ron Stanley
Acct No x1001
11079 Kilkerran Court
Las Vegas, NV 89141

Rose Minata (Minata Holdings)
2964 Sun Lake Dr.
Las Vegas, NV 89128

Sahara Surgery Center
Acct No xxxx-x5397
2401 Paseo Del Prado
Las Vegas, NV 89102

Samuel J. Mulligan
1100 Irvine Blvd. #14
Tustin, CA 92780

San Diego Gas and Electric
Acct No xxxxxxx1373
PO Box 25111
Santa Ana, CA 92799

Southwest Gas
PO Box 98890
Las Vegas, NV 89150

Splash Pool
Acct No xxxx xxxxxx xx xx xosta
PO Box 722261
San Diego, CA 92172

State of Nevada District Attorney
Acct No xx5076
PO Box 98584
Las Vegas, NV 89193

Summerlin Dermotology
Acct No xxxxx-xxeney
911 N. Buffalo #113
Las Vegas, NV 89128

Summerlin North
Acct No xxxxx-x-x94-11
PO Box 509081
San Diego, CA 92150

Thomas Standish
Acct No Feeney v Feeney
3500 Howard Hughes Pkwy 16th Flo
Las Vegas, NV 89169

Time Warner Cable
Acct No xxxxxxxxxxxx3082
PO Box 29390
Phoenix, AZ 85038


Walt Lawler
9117 W. Desert Inn Road
Las Vegas, NV 89117


We Got Ya Pest Control
Acct No 9022
46 3rd Ave. Suite H
Chula Vista, CA 91910


Wells Fargo
Acct No xxxxxxxxxxxx0001
Attn: Collection Servicing, 1st Floor, M
Po Box 31557
Billings, MT 59107

Wells Fargo Bank
Acct No xxxxxx1264
PO Box 5185
Sioux Falls, SD 57117


William Meeker
Acct No x1228,x1229,x0727,x0728
368 Lambert Road
Carpinteria, CA 93013


Yards Ahead Landscaping
Acct No xxxx xxxxxx xxxssic
3712 Plum Blossom Court
Las Vegas, NV 89129