B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Michael L. Feeney**

Debtor(s)

Case No.    **11-13177-BAM**

Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Amador Bengochea 3042 S. Durango Drive Las Vegas, NV 89117 | Amador Bengochea 3042 S. Durango Drive Las Vegas, NV 89117 | Debt Buyers | Contingent | 72,000.00 |
| Anna Toth 241 Connecticut St. Westfield, NJ 07090 | Anna Toth 241 Connecticut St. Westfield, NJ 07090 | Loan | | 50,000.00 |
| Bank of America PO Box 5170 Simi Valley, CA 93062 | Bank of America PO Box 5170 Simi Valley, CA 93062 | 3558 Auckland Castle Las Vegas, NV 89135 | | 443,978.00 (300,000.00 secured) |
| Bank of Nevada 7251 W. Lake Mead Las Vegas, NV 89108 | Bank of Nevada 7251 W. Lake Mead Las Vegas, NV 89108 | Business Credit Line | Contingent | 1,000,000.00 |
| Bob Dickerson, Esq. Dickerson Law Group 1745 Village Center Circle Las Vegas, NV 89134 | Bob Dickerson, Esq. Dickerson Law Group 1745 Village Center Circle Las Vegas, NV 89134 | Services | | 75,000.00 |
| Chase PO Box 78148 Phoenix, AZ 85062 | Chase PO Box 78148 Phoenix, AZ 85062 | 519 Regents Gate Henderson, NV 89052 | | 2,348,079.00 (1,400,000.00 secured) |
| Chase PO Box 78148 Phoenix, AZ 85062 | Chase PO Box 78148 Phoenix, AZ 85062 | 9301 Canyon Classic Dr., Las Vegas NV 89144 | | 1,880,526.00 (1,300,000.00 secured) |
| Chase PO Box 78148 Phoenix, AZ 85062 | Chase PO Box 78148 Phoenix, AZ 85062 | 215 Crestview Dr. Mt Charleston, NV 89124 | | 999,580.00 (600,000.00 secured) |
| Chase PO Box 78148 Phoenix, AZ 85062 | Chase PO Box 78148 Phoenix, AZ 85062 | 9301 Canyon Classic Dr., Las Vegas NV 89144 | | 197,914.00 (1,300,000.00 secured) (1,880,526.00 senior lien) |
| City National Bank 6085 E.Twain Ave. Las Vegas, NV 89103 | City National Bank 6085 E.Twain Ave. Las Vegas, NV 89103 | Business Credit Line/Lawsuit/UCC | Contingent | 1,900,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re __Michael L. Feeney__         Case No. __11-13177-BAM__

                  Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1) <br><br> *Name of creditor and complete mailing address including zip code* | (2) <br><br> *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) <br><br> *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) <br><br> *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) <br><br> *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Debt Purchasing Group<br>6565 Spencer Street<br>Las Vegas, NV 89119 | Debt Purchasing Group<br>6565 Spencer Street<br>Las Vegas, NV 89119 | Debt Buyers | Contingent | 71,000.00 |
| Edward Lisicki<br>2805 Red Rock Street<br>Las Vegas, NV 89102 | Edward Lisicki<br>2805 Red Rock Street<br>Las Vegas, NV 89102 | Debt Buyers | Contingent | 91,000.00 |
| Independent Bank<br>623 Washington Ave<br>Bay City, MI 48708 | Independent Bank<br>623 Washington Ave<br>Bay City, MI 48708 | 207 5th Ave #350<br>San Diego, CA 92101 | | 361,905.00<br><br>(300,000.00 secured) |
| Indy Mac (One West Bank)<br>6900 Beatrice Dr.<br>Kalamazoo, MI 49009 | Indy Mac (One West Bank)<br>6900 Beatrice Dr.<br>Kalamazoo, MI 49009 | 215 Crestview Dr.<br>Mt Charleston, NV 89124 | | 169,791.00<br>(600,000.00 secured)<br>(999,580.00 senior lien) |
| James Jimmerson, Esq.<br>Jimmerson Hansen PC<br>415 S. 6th St. Ste 100<br>Las Vegas, NV 89101 | James Jimmerson, Esq.<br>Jimmerson Hansen PC<br>415 S. 6th St. Ste 100<br>Las Vegas, NV 89101 | Legal Fees | Disputed | 175,000.00 |
| Lee Ann Mill<br>3221 Nature Drive<br>Loveland, CO 80537 | Lee Ann Mill<br>3221 Nature Drive<br>Loveland, CO 80537 | Debt Buyers | Contingent | 146,000.00 |
| Professional Billing Ltd<br>59 Big Creek Court<br>Las Vegas, NV 89148 | Professional Billing Ltd<br>59 Big Creek Court<br>Las Vegas, NV 89148 | Debt Buyers | Contingent | 95,000.00 |
| Rose Mihata (Mihata Holdings)<br>2964 Sun Lake Dr.<br>Las Vegas, NV 89128 | Rose Mihata (Mihata Holdings)<br>2964 Sun Lake Dr.<br>Las Vegas, NV 89128 | Lease | | 100,000.00 |
| Wells Fargo Bank<br>PO Box 5185<br>Sioux Falls, SD 57117 | Wells Fargo Bank<br>PO Box 5185<br>Sioux Falls, SD 57117 | Student Loans | | 45,951.00 |
| William Meeker<br>368 Lambert Road<br>Carpinteria, CA 93013 | William Meeker<br>368 Lambert Road<br>Carpinteria, CA 93013 | Debt Buyers | Contingent | 650,000.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Michael L. Feeney**                                          Case No.    **11-13177-BAM**

                                Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, **Michael L. Feeney**, the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **May 17, 2011**                          Signature   **/s/ Michael L. Feeney**

                                                             **Michael L. Feeney**

                                                             Debtor

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **Michael L. Feeney**

_____,
Debtor

Case No.    **11-13177-BAM**

Chapter    **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,290,000.00 | | |
| B - Personal Property | Yes | 5 | 114,130.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 9,382,524.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 40,877.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 4,844,662.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 27,608.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 75,413.20 |
| Total Number of Sheets of ALL Schedules | | 36 | | | |
| Total Assets | | | 7,404,130.00 | | |
| Total Liabilities | | | | 14,268,063.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re  **Michael L. Feeney**

_____,
Debtor

Case No.  **11-13177-BAM** _____

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re    **Michael L. Feeney**                                                  ,    Case No.    **11-13177-BAM**
                                                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **9301 Canyon Classic Dr., Las Vegas NV 89144** | | - | **1,300,000.00** | **2,078,440.00** |
| **215 Crestview Dr.** **Mt Charleston, NV 89124** | **Investment Property** | - | **600,000.00** | **1,169,371.00** |
| **3558 Auckland Castle** **Las Vegas, NV 89135** | **Investment Property** | - | **300,000.00** | **443,978.00** |
| **5704 Avenida Tampico** **Las Vegas, NV** | **Investment Property** | - | **190,000.00** | **203,207.00** |
| **519 Regents Gate** **Henderson, NV 89052** | **Investment Property** | - | **1,400,000.00** | **2,348,079.00** |
| **6111 Camino De La Costa** **La Jolla, CA 92037** | **Wife's Residence** | - | **3,200,000.00** | **2,719,119.00** |
| **207 5th Ave #350** **San Diego, CA 92101** | **Investment Property** | - | **300,000.00** | **361,905.00** |

| | | |
|---|---|---|
| Sub-Total > | **7,290,000.00** | (Total of this page) |
| Total > | **7,290,000.00** | |

  **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Michael L. Feeney**                                              ,          Case No.    **11-13177-BAM**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Cash on Person** | - | 50.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Nevada**<br>**Personal Checking-6806**<br>**7251 E. Lake Mead Blvd.**<br>**Las Vegas, Nv 89108** | - | 500.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **1433 Iron Hills** | - | 6,400.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods and Personal Items**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | - | 11,050.00 |
| | | | **Houshold Goods and Furnishings in Wife's possession.**<br>**Located:6111 Camino De La Costa La Jolla, CA 92037** | C | Unknown |
| | | | **Located: Mount Charleston house.** | - | Unknown |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Personal Clothing**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | - | 500.00 |
| 7. | Furs and jewelry. | | **One Rolex Yachtmaster watch.**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | - | 3,100.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Beretta 92 F 9mm**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | - | 450.00 |

Sub-Total >          22,050.00
(Total of this page)

___4___   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   __Michael L. Feeney_____,    Case No. ___11-13177-BAM_____

_Debtor_

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **22 Ruger Rifle**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | - | **100.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | **ETrade Securities**<br>**PO Box 484**<br>**Jersey City, New Jersey 07303** | - | **5.00** |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Allied Collection Services, Inc.** | - | **Unknown** |
| | | **Sentry Recovery and Collections Inc.**<br>**50% ownership** | - | **Unknown** |
| | | **Debt Buyers Inc. dba Freedom Capital** | - | **Unknown** |
| | | **Oatman Plaza LLC.** | - | **Unknown** |
| | | **ACSUSA LLC** | - | **Unknown** |
| | | **Kingman Customs LLC**<br>**100,000 Investment**<br>**Limited Partner** | - | **Unknown** |
| | | **MJ Financial, LLC, revoked.** | - | **Unknown** |
| | | **Las Vegas Auto Consultants, LLC, dissolved.** | - | **Unknown** |
| | | **Allied Collections, Inc., revoked.** | - | **Unknown** |
| | | **Golden Valley Customs LLC, revoked.** | - | **Unknown** |
| | | **3050 S. Durango, LLC, revoked.** | - | **Unknown** |

Sub-Total >    **105.00**
(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re      **Michael L. Feeney**                                                                    ,          Case No.     **11-13177-BAM**
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Goldfield Plaza, LLC, revoked. | - | Unknown |
| | | 3 West Construction, LLC., revoked. | - | Unknown |
| | | ACS Management, LLC | - | Unknown |
| | | United Alliance Group LLC, dissolved. | - | Unknown |
| | | KM Management, LP in default. | - | Unknown |
| | | Starmark Construction Inc. revoked. | - | Unknown |
| | | Cartwright-Feeney Development, LLC revoked. | - | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | 2009 Tax Refund, awarded to Wife per Family Court. | C | 16,000.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | 2010 Tax Refund, Approximate amount. | C | 16,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Judgment: Joseph M. Bojrab/Artistic Iron Works | - | Unknown |
| | | Suit pending: Michael Feeney vs. Steven Spickler, Case no. A-10-622527-C | - | Unknown |

Sub-Total >          **32,000.00**
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Michael L. Feeney**                                              ,          Case No.    **11-13177-BAM**
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 GMC Yukon**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | - | 30,000.00 |
| | | **2000 Beach Comber**<br>**Utility Trailer** | - | 300.00 |
| | | **2008 Range Rover HSE**<br>**Location: 6111 Camino De La Costa La Jolla, CA 92037** | - | 29,675.00 |
| | | **2009 Mercedes CLS 550 (Lease)**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          **59,975.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   **Michael L. Feeney**                                                    ,   Case No.   **11-13177-BAM**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **114,130.00** |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re   **Michael L. Feeney**                                                    ,        Case No.   **11-13177-BAM**
                                            Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐  11 U.S.C. §522(b)(2)                                                                 *with respect to cases commenced on or after the date of adjustment.)*
■  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on Person** | Nev. Rev. Stat. § 21.090(1)(z) | **50.00** | **50.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of Nevada** | Nev. Rev. Stat. § 21.090(1)(z) | **500.00** | **500.00** |
| **Personal Checking-6806** | | | |
| **7251 E. Lake Mead Blvd.** | | | |
| **Las Vegas, Nv 89108** | | | |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **1433 Iron Hills** | Nev. Rev. Stat. §21.090(1)(n) | **6,400.00** | **6,400.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods and Personal Items** | Nev. Rev. Stat. § 21.090(1)(b) | **11,500.00** | **11,050.00** |
| **Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | |
| **Wearing Apparel** | | | |
| **Personal Clothing** | Nev. Rev. Stat. § 21.090(1)(b) | **500.00** | **500.00** |
| **Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | |
| **Furs and Jewelry** | | | |
| **One Rolex Yachtmaster watch.** | Nev. Rev. Stat. § 21.090(1)(a) | **5,000.00** | **3,100.00** |
| **Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Beretta 92 F 9mm** | Nev. Rev. Stat. § 21.090(1)(i) | **1,000.00** | **450.00** |
| **Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | |
| **22 Ruger Rifle** | Nev. Rev. Stat. § 21.090(1)(z) | **100.00** | **100.00** |
| **Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | |
| **Interests in an Education IRA or under a Qualified State Tuition Plan** | | | |
| **ETrade Securities** | Nev. Rev. Stat. § 21.090(1)(z) | **100.00** | **5.00** |
| **PO Box 484** | | | |
| **Jersey City, New Jersey 07303** | | | |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| **2009 Tax Refund, awarded to Wife per Family Court.** | Nev. Rev. Stat. § 21.090(1)(aa) | **16,000.00** | **16,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2009 GMC Yukon** | Nev. Rev. Stat. § 21.090(1)(f) | **0.00** | **30,000.00** |
| **Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | |

   __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **Michael L. Feeney**                                                    ,    Case No.    **11-13177-BAM**
                                         Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2000 Beach Comber Utility Trailer** | **Nev. Rev. Stat. § 21.090(1)(c)** | **0.00** | **300.00** |

|  |  | Total: | **41,150.00** | **68,455.00** |
|---|---|---|---|---|

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Michael L. Feeney**                                          , Case No. ___**11-13177-BAM**___
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0491**<br><br>**Alphera Financial Services**<br>PO Box 78103<br>Phoenix, AZ 85062 | | H | **2009**<br><br>**Vehicle**<br><br>**2009 GMC Yukon**<br>**Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | | | |
| | | | Value $       30,000.00 | | | | 36,793.00 | 6,793.00 |
| Account No. **xxxxx2554**<br><br>**Bank of America**<br>PO Box 5170<br>Simi Valley, CA 93062 | | H | **2006**<br><br>**First Deed of Trust**<br><br>**3558 Auckland Castle**<br>**Las Vegas, NV 89135** | | | | | |
| | | | Value $       300,000.00 | | | | 443,978.00 | 143,978.00 |
| Account No. **xxxxxx2274**<br><br>**Chase**<br>PO Box 78148<br>Phoenix, AZ 85062 | | H | **2005**<br><br>**First Deed of Trust**<br><br>**215 Crestview Dr.**<br>**Mt Charleston, NV 89124** | | | | | |
| | | | Value $       600,000.00 | | | | 999,580.00 | 399,580.00 |
| Account No. **xxxxxx1251**<br><br>**Chase**<br>PO Box 78148<br>Phoenix, AZ 85062 | | - | **2005**<br><br>**First Deed of Trust**<br><br>**9301 Canyon Classic Dr., Las Vegas NV 89144** | | | | | |
| | | | Value $       1,300,000.00 | | | | 1,880,526.00 | 580,526.00 |

___**2**___ continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| 3,360,877.00 | 1,130,877.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **Michael L. Feeney**                                              ,     Case No.   **11-13177-BAM**
_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx0140 | | | November 2005 | | | | | |
| Chase PO Box 78148 Phoenix, AZ 85062 | - | | Second Deed of Trust  9301 Canyon Classic Dr., Las Vegas NV 89144 | | | | | |
| | | | Value $          1,300,000.00 | | | | 197,914.00 | 197,914.00 |
| Account No. xxxxxx9220 | | | 2008 | | | | | |
| Chase PO Box 78148 Phoenix, AZ 85062 | | H | First Deed of Trust  5704 Avenida Tampico Las Vegas, NV | | | | | |
| | | | Value $            190,000.00 | | | | 203,207.00 | 13,207.00 |
| Account No. xxxxxx1751 | | | 2007 | | | | | |
| Chase PO Box 78148 Phoenix, AZ 85062 | | H | First Deed of Trust  519 Regents Gate Henderson, NV 89052 | | | | | |
| | | | Value $          1,400,000.00 | | | | 2,348,079.00 | 948,079.00 |
| Account No. xxxxxxx3691 | | | 2008 | | | | | |
| Independent Bank 623 Washington Ave Bay City, MI 48708 | | H | First Deed of Trust  207 5th Ave #350 San Diego, CA 92101 | | | | | |
| | | | Value $            300,000.00 | | | | 361,905.00 | 61,905.00 |
| Account No. xxxxxx6581 | | | 2005 | | | | | |
| Indy Mac (One West Bank) 6900 Beatrice Dr. Kalamazoo, MI 49009 | | H | Second Deed of Trust  215 Crestview Dr. Mt Charleston, NV 89124 | | | | | |
| | | | Value $            600,000.00 | | | | 169,791.00 | 169,791.00 |
| Sheet  _1_  of  _2_  continuation sheets attached to Schedule of Creditors Holding Secured Claims | | | Subtotal (Total of this page) | | | | 3,280,896.00 | 1,390,896.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re __Michael L. Feeney_____,    Case No. ___11-13177-BAM_____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx5766** | | | 2006 | | | | | |
| **Luther Burbank Savings** **604 4th St.** **Santa Rosa, CA 95404** | | H | **First Deed of Trust** **6111 Camino De La Costa La Jolla, CA 92037** | | | | | |
| | | | Value $          **3,200,000.00** | | | | 2,515,442.00 | 0.00 |
| Account No. **xxxxxx2258** | | | 2009 | | | | | |
| **Mercedes Benz** **PO Box 9001680** **Louisville, KY 40290** | | - | **Lease** **2009 Mercedes CLS 550 (Lease)** **Location: 9301 Canyon Classic Dr., Las Vegas NV 89144** | | | | | |
| | | | Value $          **0.00** | | | | 21,632.00 | 21,632.00 |
| Account No. **xxxxxxxxxxxx7517** | | | 2006 | | | | | |
| **PNC Bank** **PO Box 856177** **Louisville, KY 40285** | | H | **Second Deed of Trust** **6111 Camino De La Costa La Jolla, CA 92037** | | | | | |
| | | | Value $          **3,200,000.00** | | | | 203,677.00 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2___ of __2___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 2,740,751.00 | 21,632.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 9,382,524.00 | 2,543,405.00 |

B6E (Official Form 6E) (4/10)

.

In re    **Michael L. Feeney**                                                                                , Case No.    **11-13177-BAM**
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Michael L. Feeney**                                                    , Case No.    **11-13177-BAM**
_____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx5076** <br><br> **State of Nevada District Attorney** <br> **PO Box 98584** <br> **Las Vegas, NV 89193** | - | | **Child Support** | | | | **877.00** | **877.00** | **0.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet  **1**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **877.00** |
| (Total of this page) | **877.00** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **Michael L. Feeney**                                    ,    Case No.    **11-13177-BAM**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.                                      **2008** | | | | | | | | |
| **Internal Revenue Service** **PO Box 7346** **Philadelphia, PA 19101-7346** | - | | **Possible Personal Income Tax Obligation, current audit underway.** | | | | | **Unknown** |
| | | | | | | | **40,000.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** |
| | | **40,000.00**        **0.00** |
| | Total (Report on Summary of Schedules) | **877.00** |
| | | **40,877.00**        **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Michael L. Feeney**                                                      ,   Case No.   **11-13177-BAM**
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x0227** <br><br> **Amador Bengochea** <br> **3042 S. Durango Drive** <br> **Las Vegas, NV 89117** | - | | **Debt Buyers** | | X | | **72,000.00** |
| Account No. **x7541** <br><br> **Anderson Pest Control** <br> **4300 N. Pecos Rd. #9** <br> **Las Vegas, NV 89115** | - | | **Services** | | | | **30.00** |
| Account No. **x0731** <br><br> **Andrew Cartwright** <br> **6565 Spencer Street** <br> **Las Vegas, NV 89119** | - | | **Debt Buyers** | | X | | **32,000.00** |
| Account No. <br><br> **Anna Toth** <br> **241 Connecticut St.** <br> **Westfield, NJ 07090** | | H | **2007** <br> **Loan** | | | | **50,000.00** |
| | | | Subtotal (Total of this page) | | | | **154,030.00** |

 __15__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   __Michael L. Feeney__                                    ,        Case No.   __11-13177-BAM__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Feeney**<br><br>**Anthem Forensics**<br>**2520 Saint Rose Pkwy #310**<br>**Henderson, NV 89074** | | H | **2009**<br>**Evaluation Services** | | | | 16,000.00 |
| Account No. **Feeney**<br><br>**Attanasio Financial**<br>**9516 W. Flamingo Rd. Suite 210**<br>**Las Vegas, NV 89147** | | H | **2009**<br>**Services** | | | | 15,000.00 |
| Account No. xxxxxxxxxxxx9737<br><br>**Bank Of America**<br>**Attn: Bankruptcy NC4-105-03-14**<br>**Po Box 26012**<br>**Greensboro, NC 27410** | - | | **Opened 10/01/02  Last Active 11/05/10**<br>**CreditCard** | | | | 945.00 |
| Account No.<br><br>**Bank of Nevada**<br>**7251 W. Lake Mead**<br>**Las Vegas, NV 89108** | X | H | **2007**<br>**Business Credit Line** | | X | | 1,000,000.00 |
| Account No. **Feeney**<br><br>**Bob Dickerson, Esq.**<br>**Dickerson Law Group**<br>**1745 Village Center Circle**<br>**Las Vegas, NV 89134** | | H | **2009**<br>**Services** | | | | 75,000.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,106,945.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael L. Feeney**                                    ,    Case No.    **11-13177-BAM**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxF094**<br><br>**Canyon Fairways HOA**<br>**c/o Real Property Management**<br>**PO Box 63398**<br>**Phoenix, AZ 85082** | | - | | **Canyon Classic HOA** | | | | 280.00 |
| Account No. **x0628**<br><br>**Chad Tomulo**<br>**2279 Laramine River Drive**<br>**Henderson, NV 89052** | | - | | **Debt Buyers** | X | | | 1,500.00 |
| Account No.<br><br>**Chuck Cowley**<br>**Desert Ohana LLC**<br>**2280 Modena Circle**<br>**Saint George, UT 84790** | | H | | **215 Crestview** | | | | 6,500.00 |
| Account No. **x-xx-xxxxxx-x xxpt. XI**<br><br>**City National Bank**<br>**6085 E.Twain Ave.**<br>**Las Vegas, NV 89103** | X | H | | **2007**<br>**Business Credit Line/Lawsuit/UCC** | X | | | 1,900,000.00 |
| Account No. **xxxxx5836**<br><br>**City of Henderson**<br>**PO Box 95011**<br>**Henderson, NV 89009** | | - | | **Services** | | | | 150.00 |

Sheet no. __**2**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,908,430.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney**                                                                    ,        Case No.   **11-13177-BAM**
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx-x3241** | | | | Services | | | | |
| **City of Las Vegas-Sewer Services** **Dept of Finance and Business** PO Box 52794 Phoenix, AZ 85072-2794 | - | | | | | | | 66.00 |
| Account No. **xxxxxxx8416** | | | | | | | | |
| **City Of San Diego** **Business Department** PO Box 129003 San Diego, CA 92112 | - | | | | | | | 450.00 |
| Account No. **xxxxxx0241** | | H | | | | | | |
| **City of San Diego** **Water Department** PO Box 129003 San Diego, CA 92112 | | | | | | | | 400.00 |
| Account No. | | | | Services | | | | |
| **Cox Communications** PO Box 78071 Phoenix, AZ 85062 | - | | | | | | | 300.00 |
| Account No. **x1001** | | | | Business expense | | | | |
| **Dan Lowther** 777 S. Highway 101 #200 Solana Beach, CA 92075 | - | | | | X | | | 500.00 |

Sheet no. __3__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           **1,716.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney**                                                    ,   Case No.   **11-13177-BAM**
                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx0300** <br><br> **Dan McCallister** <br> **San Diego County Treasurer** <br> **1600 Pacific Highway Room 162** <br> **San Diego, CA 92101** | | H | | **Property Taxes/6111 Camino De La Costa** | | | | 42,500.00 |
| Account No. **x1001,x1214** <br><br> **David Bagy** <br> **5705 Avenida Tampico** <br> **Las Vegas, NV 89108** | | - | | **Debt Buyers** | | X | | 31,000.00 |
| Account No. **x0227** <br><br> **Debt Purchasing Group** <br> **6565 Spencer Street** <br> **Las Vegas, NV 89119** | | - | | **Debt Buyers** | | X | | 71,000.00 |
| Account No. **x1001,x1228,x1229,x0731** <br><br> **Edward Lisicki** <br> **2805 Red Rock Street** <br> **Las Vegas, NV 89102** | | - | | **Debt Buyers** | | X | | 91,000.00 |
| Account No. **xxxxxxxxxxxxxxxx7454** <br><br> **Farmers Insurance** <br> **PO Box 894729** <br> **Los Angeles, CA 90189** | | - | | **2008 Range Rover** | | | | 1,000.00 |

Sheet no. __4___ of __15__ sheets attached to Schedule of                              Subtotal                    236,500.00
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney**                                                                    ,        Case No.   **11-13177-BAM**
_____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Feeney** | | H | | 6111 Camino De La Costa | | | | |
| **Faustino Rojas** **4751 Juliano Dr.** **San Diego, CA 92117** | | | | | | | | 400.00 |
| Account No. | | H | | 519 Regents Gate | | | | |
| **Foothills at McDonald Ranch** **c/o Real Property Management** **PO Box 63398** **Phoenix, AZ 85082** | | | | | | | | 440.00 |
| Account No. | | - | | Debt Buyers | | | | |
| **Hammeroff Law Group** **3443 E. Ft. Lowell Road #101** **Tucson, AZ 85716** | | | | | | | | 500.00 |
| Account No. | | - | | 207 5th St-HOA | | | | |
| **Hard Rock Hotel Sub3** **PO Box 61025** **Phoenix, AZ 85082** | | | | | | | | 630.00 |
| Account No. **Feeney** | | H | | Evaluation Services | | | X | |
| **Houlihan Evaluation** **2421 Tech Center Court Ste 111** **Las Vegas, NV 89128** | | | | | | | | 10,000.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,970.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney**                                 ,      Case No.   **11-13177-BAM**
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **Feeney**<br><br>**James Jimmerson, Esq.**<br>**Jimmerson Hansen PC**<br>**415 S. 6th St. Ste 100**<br>**Las Vegas, NV 89101** | - | | **2009**<br>**Legal Fees** | | | X | **175,000.00** |
| Account No. **x0910**<br><br>**John Goss**<br>**3042 S. Durango Drive**<br>**Las Vegas, NV 89117** | - | | **Debt Buyers** | X | | | **38,000.00** |
| Account No.<br><br>**Karen Feeney**<br>**6111 Camino De La Costa**<br>**La Jolla, CA 92037** | - | | **Ex-Spouse/Separated** | X | X | X | **Unknown** |
| Account No.<br><br>**Karen Windham-Pinol**<br>**7313 Burnt Umber Street**<br>**Las Vegas, NV 89139** | - | | **Services** | | | | **12,000.00** |
| Account No.<br><br>**KJ Management Consulting**<br>**7313 Burnt Umber Street**<br>**Las Vegas, NV 89139** | - | | **Services** | | | | **6,500.00** |

Sheet no. __**6**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **231,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael L. Feeney**
                                                                    ,          Case No.    **11-13177-BAM**
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxx1100** <br><br> La Jolla Emergency <br> PO Box 2189 <br> Stanton, CA 90680 | | H | | Medical Bill | | | | 1,000.00 |
| Account No. <br><br> Las Vegas Valley Water District <br> 1001 S. Valley View Blvd. <br> Las Vegas, NV 89153 | | - | | Utilities-Canyon Classic | | | | 350.00 |
| Account No. <br><br> Las Vegas Valley Water District <br> 1001 S. Valley View Blvd. <br> Las Vegas, NV 89153 | | - | | Utilities-Crestview | | | | 300.00 |
| Account No. **3308** <br><br> Lawn Dynamics <br> 3935 White Fir Way <br> Las Vegas, NV 89124 | | - | | Services | | | | 200.00 |
| Account No. **x0226** <br><br> Lee Ann Mill <br> 3221 Nature Drive <br> Loveland, CO 80537 | | - | | Debt Buyers | X | | | 146,000.00 |

Sheet no. __**7**___ of __**15**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **147,850.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney** ,                                    Case No.   **11-13177-BAM**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **Feeney**<br><br>LL Bradford<br>8880 W. Sunset Rd. #3<br>Las Vegas, NV 89148 | | H | **2007**<br>**Services** | | | X | 12,000.00 |
| Account No. **xxxxx1757**<br><br>Medicredit Inc<br>Po Box 410917<br>Saint Louis, MO 63141 | | H | **Medical Collection Possible Duplicate** | | | X | **Unknown** |
| Account No. **x0629**<br><br>Messer and Stilp<br>166 W. Washington #300<br>Chicago, IL 60602 | | - | **Debt Buyers** | X | | | 500.00 |
| Account No. **x1001**<br><br>Michael & Helen Pruto<br>3188 Swallow Lane<br>Las Vegas, NV 89121 | | - | **Debt Buyers** | X | | | 13,000.00 |
| Account No. **x1001**<br><br>Michael Toth<br>241 Connecticut Street<br>Westfield, NJ 07090 | | - | **Debt Buyers** | X | | | 13,000.00 |

Sheet no. __8__ of __15__ sheets attached to Schedule of                                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)    **38,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael L. Feeney**                                        ,        Case No.    **11-13177-BAM**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xx0008** | | | | **2007** **Collection/Services Possible Duplicate** | | | | |
| **NCO Financial** **PO Box 15372** **Wilmington, DE 19850** | | H | | | | | X | |
| | | | | | | | | **Unknown** |
| Account No. **xxxxxxxxxxxxxx9011** | | | | **Utilities** | | | | |
| **NV Energy** **PO Box 30086** **Reno, NV 89520** | | H | | | | | | |
| | | | | | | | | **600.00** |
| Account No. | | | | **Utilities-215 Crestview** | | | | |
| **NV Energy** **PO Box 30086** **Reno, NV 89520** | | - | | | | | | |
| | | | | | | | | **400.00** |
| Account No. | | | | **Utilities-Canyon Classic** | | | | |
| **NV Energy** **PO Box 30086** **Reno, NV 89520** | | - | | | | | | |
| | | | | | | | | **300.00** |
| Account No. **x0101,x0227** | | | | **Debt Buyers** | | | | |
| **Patty Romeo** **1357 Goldenglow Road** **Las Vegas, NV 89108** | | - | | | X | | | |
| | | | | | | | | **37,000.00** |

Sheet no. __9___ of __15__ sheets attached to Schedule of                         Subtotal
Creditors Holding Unsecured Nonpriority Claims                            (Total of this page)       **38,300.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney**                                          ,          Case No.   **11-13177-BAM**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1001** | | | Debt Buyer | | | | |
| Paul Zahra 8436 Dutch Hill Court Las Vegas, NV 89128 | - | | | X | | | 13,000.00 |
| Account No. **xxn930** | | | Services | | | | |
| Personalized Pool 2110 W. Bonanza Rd. Las Vegas, NV 89103 | - | | | | | | 220.00 |
| Account No. **xx3488** | | | 215 Crestview | | | | |
| Pro Flame 4420 McGuire St North Las Vegas, NV 89081 | - | | | | | | 2,000.00 |
| Account No. **x0101,x0731,x0227** | | | Debt Buyers | | | | |
| Professional Billing Ltd 59 Big Creek Court Las Vegas, NV 89148 | - | | | X | | | 95,000.00 |
| Account No. | | | 2009 Services | | | | |
| Protax 13715 Poway Rd. #B Poway, CA 92064 | | H | | | | X | 3,300.00 |

Sheet no. __10__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **113,520.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael L. Feeney**                                              ,           Case No.    **11-13177-BAM**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx4224**<br><br>**Protection One**<br>**PO Box 5714**<br>**Carol Stream, IL 60197** | - | | | Services | | | | **2,200.00** |
| Account No. **xxxxxxxx8420**<br><br>**Republic Services**<br>**PO Box 78829**<br>**Phoenix, AZ 85062** | - | | | Services | | | | **100.00** |
| Account No. **xxxxxxx8153**<br><br>**Republic Services**<br>**PO Box 78829**<br>**Phoenix, AZ 85062** | - | | | Services | | | | **100.00** |
| Account No. **x0531**<br><br>**Robert & Betty Baoy**<br>**3558 Auckland Castle Court**<br>**Las Vegas, NV 89135** | - | | | Debt Buyers | | X | | **4,500.00** |
| Account No. **xxxxx3389**<br><br>**Roma, Murphy & Horowitz**<br>**2815 Camino Del Rio South**<br>**Suite 111**<br>**San Diego, CA 92108** | | H | | 2009<br>Collection for Protax | | | X | **Unknown** |

| | | |
|---|---|---|
| Sheet no. __11__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **6,900.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney**                                              ,          Case No.   **11-13177-BAM**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **x1001** <br><br> **Ron Stanley** <br> **11079 Kilkerran Court** <br> **Las Vegas, NV 89141** | - | | | **Debt Buyers** | | X | | 26,000.00 |
| Account No. <br><br> **Rose Mihata (Mihata Holdings)** <br> **2964 Sun Lake Dr.** <br> **Las Vegas, NV 89128** | | H | | **Lease** | | | | 100,000.00 |
| Account No. **xxxx-x5397** <br><br> **Sahara Surgery Center** <br> **2401 Paseo Del Prado** <br> **Las Vegas, NV 89102** | - | | | **Medical** | | | | 3,000.00 |
| Account No. <br><br> **Samuel J. Mulligan** <br> **1100 Irvine Blvd. #14** <br> **Tustin, CA 92780** | - | | | **Debt Buyers** | | X | | 1,000.00 |
| Account No. **xxxxxx1373** <br><br> **San Diego Gas and Electric** <br> **PO Box 25111** <br> **Santa Ana, CA 92799** | - | | | **6111 Camino De La Costa** | | | | 500.00 |

Sheet no. **12** of **15** sheets attached to Schedule of                                     Subtotal
Creditors Holding Unsecured Nonpriority Claims                               (Total of this page)          **130,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael L. Feeney**                                    ,        Case No.    **11-13177-BAM**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | H | | Services | | | | |
| **Southwest Gas** **PO Box 98890** **Las Vegas, NV 89150** | | - | | | | | | 200.00 |
| Account No. **xxxx xxxxxx xx xx xosta** | | H | | Services | | | | |
| **Splash Pool** **PO Box 722261** **San Diego, CA 92172** | | - | | | | | | 440.00 |
| Account No. **xxxxx-xxeney** | | H | | Medical | | | | |
| **Summerlin Dermotology** **911 N. Buffalo #113** **Las Vegas, NV 89128** | | | | | | | | 100.00 |
| Account No. **xxxxx-x-x94-11** | | H | | Canyon Classic HOA | | | | |
| **Summerlin North** **PO Box 509081** **San Diego, CA 92150** | | - | | | | | | 50.00 |
| Account No. **Feeney v Feeney** | | H | | 2010 Divorce Mediation Services | | | | |
| **Thomas Standish** **3500 Howard Hughes Pkwy 16th Floor** **Las Vegas, NV 89169** | | | | | | | | 20,000.00 |

Sheet no. __13__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    20,790.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Michael L. Feeney**                                          ,          Case No.    **11-13177-BAM**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. xxxxxxxxxxx3082 | | | | 6111 Camino De La Costa | | | | |
| Time Warner Cable PO Box 29390 Phoenix, AZ 85038 | | H | | | | | | 300.00 |
| Account No. | | | | Services | | | | |
| Walt Lawler 9117 W. Desert Inn Road Las Vegas, NV 89117 | | - | | | | | | 500.00 |
| Account No. 9022 | | | | 6111 Camino De La Costa | | | | |
| We Got Ya Pest Control 46 3rd Ave. Suite H Chula Vista, CA 91910 | | - | | | | | | 160.00 |
| Account No. xxxxxxxxxxx0001 | | | | Opened 7/01/06 Last Active 1/25/11 Educational/Possible Duplicate | | | | |
| Wells Fargo Attn: Collection Servicing, 1st Floor, M Po Box 31557 Billings, MT 59107 | | - | | | | X | | Unknown |
| Account No. xxxxxx1264 | | | | 2007 Student Loans | | | | |
| Wells Fargo Bank PO Box 5185 Sioux Falls, SD 57117 | X | H | | | | | | 45,951.00 |

| | | |
|---|---|---|
| Sheet no. __14__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 46,911.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael L. Feeney**                                            ,        Case No.    **11-13177-BAM**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1228,x1229,x0727,x0728** | | | **Debt Buyers** | | | | |
| **William Meeker** **368 Lambert Road** **Carpinteria, CA 93013** | - | | | X | | | 650,000.00 |
| Account No. **xxxx xxxxxx xxxssic** | | | **Services** | | | | |
| **Yards Ahead Landscaping** **3712 Plum Blossom Court** **Las Vegas, NV 89129** | - | | | | | | 300.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __15__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 650,300.00 |
| | Total (Report on Summary of Schedules) | 4,844,662.00 |

B6G (Official Form 6G) (12/07)

.

In re    **Michael L. Feeney**                                              ,    Case No.    **11-13177-BAM**
                                          Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Mercedes Benz**<br>**PO Box 9001680**<br>**Louisville, KY 40290** | **2009 Mercedes Benz CLS 550**<br>**Lease expires 2012** |
| **Simply Vegas Real Estate**<br>**3042 South Durango**<br>**Las Vegas, NV 89117** | **Lease on 1433 Iron Hills Lane, exp. 4/2012** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Michael L. Feeney**                                                    , Case No.    **11-13177-BAM**
                                                                Debtor

# SCHEDULE H - CODEBTORS

   Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Alicia Tomolo**<br>**3080 S. Durango Drive Ste. 208**<br>**Las Vegas, NV 89117** | **Wells Fargo Bank**<br>**PO Box 5185**<br>**Sioux Falls, SD 57117** |
| **Allied Collection Services, Inc.**<br>**3080 S. Durango Drive, Ste. 208**<br>**Las Vegas, NV 89117** | **Bank of Nevada**<br>**7251 W. Lake Mead**<br>**Las Vegas, NV 89108** |
| **Debt Buyers, Inc.**<br>**3080 S. Durango Dr. Ste 208**<br>**Las Vegas, NV 89117** | **City National Bank**<br>**6085 E.Twain Ave.**<br>**Las Vegas, NV 89103** |
| **Karen Feeney**<br>**6111 Camino De La Costa**<br>**La Jolla, CA 92037** | **City National Bank**<br>**6085 E.Twain Ave.**<br>**Las Vegas, NV 89103** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re   **Michael L. Feeney**                                                          Case No.   **11-13177-BAM**
                                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Collection Agency** | |
| Name of Employer | **Allied Collection Services, Inc.** | |
| How long employed | **Since 1997** | |
| Address of Employer | **3080 S. Durango Drive, Ste. 208**<br>**Las Vegas, NV 89117** | |
| **\*See Attachment for Additional Employment Information** | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **9,200.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **9,200.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **1,592.00** | $ | **N/A** |
|     b. Insurance | $ | **0.00** | $ | **N/A** |
|     c. Union dues | $ | **0.00** | $ | **N/A** |
|     d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,592.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **7,608.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **16,500.00** | $ | **N/A** |
| 8. Income from real property | $ | **1,500.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify):   **Personal expenses paid by solely owned entity** | $ | **2,000.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **20,000.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **27,608.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **27,608.00** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re  **Michael L. Feeney**                                             Case No.  __**11-13177-BAM**__
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| **Debtor** | | |
|---|---|---|
| Occupation | **Collection Agency** | |
| Name of Employer | **Sentry Recovery** | |
| How long employed | **November 2000** | |
| Address of Employer | **3090 S Durango Rd Ste 100** **Las Vegas, NV 89117** | |

| **Debtor** | | |
|---|---|---|
| Occupation | **Accounts Receivable Management** | |
| Name of Employer | **Debt Buyers Inc.** | |
| How long employed | **May 2005** | |
| Address of Employer | **3080 S. Durango Dr. Suite 208** **Las Vegas, NV 89117** | |

B6J (Official Form 6J) (12/07)

In re   **Michael L. Feeney**                                                    Case No.   **11-13177-BAM**
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 50,040.72 |
| a. Are real estate taxes included? | Yes **X**      No ___ | | |
| b. Is property insurance included? | Yes **X**      No ___ | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 875.00 |
| b. Water and sewer | | $ | 250.00 |
| c. Telephone | | $ | 125.00 |
| d. Other  **See Detailed Expense Attachment** | | $ | 642.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 660.00 |
| 4. Food | | $ | 646.00 |
| 5. Clothing | | $ | 1,000.00 |
| 6. Laundry and dry cleaning | | $ | 200.00 |
| 7. Medical and dental expenses | | $ | 464.00 |
| 8. Transportation (not including car payments) | | $ | 616.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 2,119.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
| a. Homeowner's or renter's | | $ | 0.00 |
| b. Life | | $ | 0.00 |
| c. Health | | $ | 0.00 |
| d. Auto | | $ | 651.48 |
| e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)  **Income Taxes** | | $ | 61.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
| a. Auto | | $ | 3,561.00 |
| b. Other | | $ | 0.00 |
| c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 4,977.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 8,525.00 |
| 17. Other | | $ | 0.00 |
| Other | | $ | 0.00 |

| | | |
|---|---|---|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 75,413.20 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
       **Additional expenses paid by solely owned entity.**

20. STATEMENT OF MONTHLY NET INCOME

| | | | |
|---|---|---|---|
| a. | Average monthly income from Line 15 of Schedule I | $ | 27,608.00 |
| b. | Average monthly expenses from Line 18 above | $ | 75,413.20 |
| c. | Monthly net income (a. minus b.) | $ | -47,805.20 |

B6J (Official Form 6J) (12/07)

In re   **Michael L. Feeney**                                                                    Case No.   **11-13177-BAM**
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Republic Services** | $ | **25.00** |
| **Cable/Internet** | $ | **225.00** |
| **HOA** | $ | **340.00** |
| **Alarm Services** | $ | **52.00** |
| **Total Other Utility Expenditures** | $ | **642.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **Michael L. Feeney**                                           Case No.   **11-13177-BAM**
_____            Chapter   **11**
                              Debtor(s)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **38**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 17, 2011**                          Signature   **/s/ Michael L. Feeney**
                                                            **Michael L. Feeney**
                                                            Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## District of Nevada

In re  __Michael L. Feeney__                                                  Case No.  __11-13177-BAM__
                              Debtor(s)                    Chapter  __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$77,833.98** | **2011 YTD: Debtor Self-Employment/Rental Income** |
| **$115,000.00** | **2010: Debtor Self-Employment Income** |
| **$193,211.00** | **2009: Debtor Self-Employment Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

2

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

    a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

    b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Karen Feeney**<br>**6111 Camino De La Custa**<br>**La Jolla, CA 92037** | **15th** | **$24,000.00** | **$0.00** |
| **Time Warner Cable**<br>**PO Box 60506**<br>**City of Industry, CA 91716** | **1st, Every Month** | **$94.95** | **$0.00** |
| **Time Warner Cable**<br>**PO Box 60506**<br>**City of Industry, CA 91716** | **10th, Every Month** | **$0.00** | **$0.00** |
| **Splash Pool and Spa**<br>**PO Box 722261**<br>**San Diego, CA 92172** | **1st, Every Month** | **$0.00** | **$0.00** |
| **San Diego Gas and Electric**<br>**PO Box 25111**<br>**Santa Ana, CA 92799** | **1st, Every Month** | **$0.00** | **$0.00** |
| **San Diego Water Department**<br>**1222 1st St.**<br>**San Diego, CA 92101** | **1st, every month** | **$0.00** | **$0.00** |
| **Faustino Rojas**<br>**4751 Julian Rd.**<br>**San Diego, CA 92117** | **1st, every month** | **$0.00** | **$0.00** |
| **We Got Ya Pest Control**<br>**46 3rd Ave** | **1st, every month** | **$0.00** | **$0.00** |
| **Luther Burbank Savings**<br>**PO Box 1783**<br>**Santa Rosa, CA 95404** | **1st** | **$48,302.52** | **$0.00** |
| **National City (PNC Bank)**<br>**Po Box 856177**<br>**Louisville, KY 40285** | **1st** | **$1,651.41** | **$0.00** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Bank of Nevada**<br>7251 W. Lake Mead<br>Las Vegas, NV 89108 | **1st** | **$34,211.28** | **$0.00** |
| **City National Bank**<br>6085 W. Twain Ave.<br>Las Vegas, NV 89108 | **1st** | **$0.00** | **$0.00** |
| **Alphert Financial Services**<br>PO Box 78103<br>Phoenix, AZ 85062 | | **$4,780.47** | **$0.00** |
| **Mercedes Benz Financial**<br>PO Box 9001680<br>Louisville, KY 40290-1680 | **1st** | **$5,899.80** | **$0.00** |
| **Farmers Insurance**<br>PO Box 0913<br>Carol Stream, IL 60132 | **10th** | **$1,217.80** | **$0.00** |
| **Shell Gas**<br>PO Box 689010<br>Des Moines, IA 50368 | **1st** | **$2,212.41** | **$0.00** |
| **Hard Rock Hotel (HOA)**<br>PO Box 61025<br>Phoenix, AZ 85082 | **10th** | **$1,801.11** | **$0.00** |
| **Independent Bank**<br>230 W. Main Street<br>Ionia, MI 48846 | **10th** | **$931.57** | **$0.00** |
| **Mojave County Treasurer**<br>PO Box 712<br>Kingman, AZ 86402 | **30th** | **$2,453.07** | **$0.00** |
| **Red Rock County Club**<br>3466 Grass Springs Place<br>Las Vegas, NV 89135 | **1st** | **$3,125.72** | **$0.00** |
| **Capital One Bank**<br>PO Box 60599<br>City of Industry, CA 91716 | **5th** | **$719.73** | **$0.00** |
| **Schwartzer and McPherson**<br>2850 S. Junes Blvd.<br>Las Vegas, NV 89146 | | **$2,500.00** | **$0.00** |
| **Personalized Pool**<br>2110 W. Bonanza Rd.<br>Las Vegas, NV 89106 | **10th** | **$1,279.11** | **$0.00** |
| **City of Henderson**<br>PO Box 95011<br>Henderson, NV 89009 | **10th** | **$470.65** | **$0.00** |
| **Mac Landscapes**<br>1623 East Lane<br>Las Vegas, NV 89108 | **5th** | **$1,380.00** | **$0.00** |
| **Foothills @ McDonald Ranch**<br>PO Box 63398<br>Phoenix, AZ 85082 | **10th** | **$990.00** | **$0.00** |
| **Canyon Fairways**<br>PO Box 63398<br>Phoenix, AZ 85082 | **10th** | **$840.00** | **$0.00** |

4

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Cox Communications**<br>**PO BOX 3901**<br>**Las Vegas, NV 89127** | **15th** | **$905.95** | **$0.00** |
| **LVVWD**<br>**1001 S. Valley View**<br>**Las Vegas, NV 89153** | **10th** | **$1,102.51** | **$0.00** |
| **NV Energy**<br>**PO BOX 30086**<br>**Reno, NV 89520** | **10th** | **$3,996.83** | **$0.00** |

None
■
    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **City National Bank vs. Michael Feeney and Debt Buyers Inc.**<br>**Case No. A-10-628005-B** | **Civil** | **District Court, Clark County, Nevada** | **Active** |
| **Michael Feeney vs. Steven Spickler, Case No. A-10-622527-C** | **Civil** | **District Court, Clark County, Nevada** | **Active** |
| **Michael Feeney vs. Joseph Bojrab, Artistic Iron Works, Inc, et al. Case No. A-09-586422** | **Civil** | **District Court, Clark County, Nevada** | **Judgment** |
| **Michael L. Feeney vs. Karen Marie Feeney, Case No. D-09-411158-D Dept. T** | **Divorce** | **Family Court, Las Vegas, NV** | **Active** |

None
■
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None
■
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

5

**6. Assignments and receiverships**

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Lenard Schwartzer** **2850 S. Jones Blvd. Ste 1** **Las Vegas, NV 89146** | **10/21/2010** | **$5,000.00** |
| **Terry V. Leavitt** **601 S. 6th Street** **Las Vegas, NV 89101** | **2/15/2011, Third Party Funds** | **$66,039.00** |

6

**10. Other transfers**

None
■
a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■
b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None
☐
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **Wells Fargo Bank**<br>**PO Box 6995**<br>**Portland, OR 97228** | **Checking Acct. No. 9639** | **$56.00 7/2010** |

**12. Safe deposit boxes**

None
■
List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
☐
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| **Robert G. Bagy, Jr.**<br>**5704 Avenida Tampico**<br>**Las Vegas, NV 89108** | **Residence**<br>**190,000** | **Las Vegas** |

7

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Robert G. Bagy, Sr.**<br>**3558 Auckland Castle Ct.**<br>**Las Vegas, NV 89125** | **Residence**<br>**$325,000** | **Las Vegas** |

---

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

---

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Karen Feeney**

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

Best Case Bankruptcy

8

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Allied Collection Services, Inc. | 88-0381950 | 3080 S. Durango Drive, Ste. 208 Las Vegas, NV 89117 | Collection Agency | 12/1997-Present |
| Debt Buyers Inc. dba Freedom Capital | 20-2894332 | 3080 S. Durango Dr. Ste 208 Las Vegas, NV 89117 | Accounts Receivable Managment | 5/2005-Present |
| Sentry Recovery and Collections Inc. | 88-0476137 | 3080 S. Durango Rd. Ste. 203 Las Vegas, NV 89117 | Collection Agency | 1/2000 |
| KM Management, LP | 71-0925190 | 3080 S. Durango Dr. Ste. 208 Las Vegas, NV 89117 | Investment Company | 12/2002-12/2009 |
| ACSUSA LLC | 27-3234296 | 3080 S. Durango Dr. Ste 208 Las Vegas, NV 89117 | Collection Agency | 8/2010-Present |
| ACS Management, LLC | 88-0394625 | 3080 S. Durango Dr. Suite 208 Las Vegas, NV 89117 | | 5/1998-Present |
| MJ Financial, LLC | 48-1290589 | 3080 S. Durango Dr. Ste. 208 Las Vegas, NV 89117 | Investment Management/Revoked | 10/2002-2007 |
| United Alliance Group LLC | 88-0513390 | 3080 S. Durago Dr. Suite 200 Las Vegas, NV 89117 | Management Broker, Dissolved | 8/2001-11/2009 |
| Oatman Plaza, LLC | 03-0593540 | 3080 S. Durango Dr. Suite 208 Las Vegas, NV 89117 | Real Estate Investment | 5/2006-present |
| Las Vegas Auto Consultants, LLC | | | Dissolved | 12/2003-10/2005 |
| Allied Collections, Inc. | | | Revoked | 2/1999-2/2000 |
| Golden Valley Customs LLC | | | Revoked | 5/2005-5/2008 |
| 3050 S. Durango, LLC | | | Revoked | 5/2005-5/2006 |
| Goldfield Plaza, LLC | | | Revoked | 8/2006-8/2009 |
| 3 West Construction, LLC. | | | Revoked | 10/2007-10/2008 |

9

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Starmark Construction Inc.** | | | **Revoked** | **3/2001-3/2009** |
| **Cartwright-Feeney Development, LLC** | | | **Revoked** | **6/2007-6/2009** |
| **Kingman Customs LLC** | | | **Limited Partner** | **10/2004-Present** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


    The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

    *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                          DATES SERVICES RENDERED
**Karen Windham/Goldstein Enright**                      **1997-Present**
**18 Crow Canyon Court Ste. 310**
**San Ramon, CA 94583**

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                    DATES SERVICES RENDERED

None
■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                          ADDRESS

None
☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                          DATE ISSUED
**Bank of Nevada**                                       **7/2009**
**7251 W. Lake Mead**
**Las Vegas, NV 89108**

**City National Bank**                                   **3/2010**
**6085 W. Twain Ave.**
**Las Vegas, NV 89103**

10

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
■

b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None
■

a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|---|---|---|
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

### 22 . Former partners, officers, directors and shareholders

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

11

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **May 17, 2011**                        Signature    **/s/ Michael L. Feeney**

                                                           **Michael L. Feeney**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## District of Nevada

In re   **Michael L. Feeney**

Debtor(s)

Case No.   **11-13177-BAM**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **May 17, 2011**

/s/ Michael L. Feeney

**Michael L. Feeney**
Signature of Debtor

Michael L. Feeney
3080 S. Durango Drive Ste. 208
Las Vegas, NV 89117

.

Terry V. Leavitt, Esq.
Terry V. Leavitt
601 S. Sixth Street
Las Vegas, NV 89101

Alicia Tomolo
3080 S. Durango Drive Ste. 208
Las Vegas, NV 89117

Allied Collection Services, Inc.
3080 S. Durango Drive, Ste. 208
Las Vegas, NV 89117

Alphera Financial Serv
Acct No xxxxxx0491
5550 Britton Pkwy
Hilliard, OH 43026

Alphera Financial Services
Acct No xxxxxx0491
PO Box 78103
Phoenix, AZ 85062

Amador Bengochea
Acct No x0227
3042 S. Durango Drive
Las Vegas, NV 89117

Anderson Pest Control
Acct No x7541
4300 N. Pecos Rd. #9
Las Vegas, NV 89115

Andrew Cartwright
Acct No x0731
6565 Spencer Street
Las Vegas, NV 89119

Anna Toth
241 Connecticut St.
Westfield, NJ 07090

Anthem Forensics
Acct No Feeney
2520 Saint Rose Pkwy #310
Henderson, NV 89074

Attanasio Financial
Acct No Feeney
9516 W. Flamingo Rd. Suite 210
Las Vegas, NV 89147

BAC Home Loans
Acct No xxxx2554
450 American Street
Simi Valley, CA 93065

Bank of America
Acct No xxxxx2554
PO Box 5170
Simi Valley, CA 93062

Bank Of America
Acct No xxxxxxxxxxx9737
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bank of Nevada
7251 W. Lake Mead
Las Vegas, NV 89108

Bob Dickerson, Esq.
Acct No Feeney
Dickerson Law Group
1745 Village Center Circle
Las Vegas, NV 89134

Canyon Fairways HOA
Acct No xxF094
c/o Real Property Management
PO Box 63398
Phoenix, AZ 85082

Chad Tomolo
Acct No x0628
2279 Laramine River Drive
Henderson, NV 89052

Chase
Acct No xxxxx2274
PO Box 78148
Phoenix, AZ 85062

Chase
Acct No xxxxxx1251
PO Box 78148
Phoenix, AZ 85062

Chase
Acct No xxxxxxxxx0140
PO Box 78148
Phoenix, AZ 85062

Chase
Acct No xxxxx9220
PO Box 78148
Phoenix, AZ 85062

Chase
Acct No xxxxx1751
PO Box 78148
Phoenix, AZ 85062

Chase
Acct No xxxxxxxxx2274
Po Box 1093
Northridge, CA 91328

Chase
Acct No xxxxxxxxx1251
Po Box 1093
Northridge, CA 91328

Chase
Acct No xxxxxxxx0140
Po Box 901039
Fort Worth, TX 76101

Chase
Acct No xxxxxxxxx1751
Po Box 1093
Northridge, CA 91328

Chase Mtg
Acct No xxxxxxxxx9220
10790 Rancho Bernardo Rd
San Diego, CA 92127

Chuck Cowley
Desert Ohana LLC
2280 Modena Circle
Saint George, UT 84790

City National Bank
Acct No x-xx-xxxxxx-x xxpt. XI
6085 E.Twain Ave.
Las Vegas, NV 89103

City of Henderson
Acct No xxxxx5836
PO Box 95011
Henderson, NV 89009

City of Las Vegas-Sewer Services
Acct No xx-x3241
Dept of Finance and Business
PO Box 52794
Phoenix, AZ 85072-2794

City Of San Diego
Acct No xxxxxxx8416
Business Department
PO Box 129003
San Diego, CA 92112

City of San Diego
Acct No xxxxxx0241
Water Department
PO Box 129003
San Diego, CA 92112

Cox Communications
PO Box 78071
Phoenix, AZ 85062

Dan Lowther
Acct No x1001
777 S. Highway 101 #200
Solana Beach, CA 92075

Dan McCallister
Acct No xxxxxx0300
San Diego County Treasurer
1600 Pacific Highway Room 162
San Diego, CA 92101

David Bagy
Acct No x1001,x1214
5705 Avenida Tampico
Las Vegas, NV 89108

Debt Buyers, Inc.
3080 S. Durango Dr. Ste 208
Las Vegas, NV 89117

Debt Purchasing Group
Acct No x0227
6565 Spencer Street
Las Vegas, NV 89119

Edward Lisicki
Acct No x1001,x1228,x1229,x0731
2805 Red Rock Street
Las Vegas, NV 89102

Farmers Insurance
Acct No xxxxxxxxxxxxxxx7454
PO Box 894729
Los Angeles, CA 90189

Faustino Rojas
Acct No Feeney
4751 Juliano Dr.
San Diego, CA 92117

Foothills at McDonald Ranch
c/o Real Property Management
PO Box 63398
Phoenix, AZ 85082

Hammeroff Law Group
3443 E. Ft. Lowell Road #101
Tucson, AZ 85716

Hard Rock Hotel Sub3
PO Box 61025
Phoenix, AZ 85082

Houlihan Evaluation
Acct No Feeney
2421 Tech Center Court Ste 111
Las Vegas, NV 89128

Independent Bank
Acct No xxxxxxx3691
623 Washington Ave
Bay City, MI 48708

Independent Bank
Acct No xxxxxxxxxx0001
230 W Main St
Ionia, MI 48846

IndyMac (One West Bank)
Acct No xxxxxx6581
6900 Beatrice Dr.
Kalamazoo, MI 49009

Indymac Bank
Acct No xxxxxxxxx6581
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

James Jimmerson, Esq.
Acct No Feeney
Jimmerson Hansen PC
415 S. 6th St. Ste 100
Las Vegas, NV 89101

John Goss
Acct No x0910
3042 S. Durango Drive
Las Vegas, NV 89117

Karen Feeney
6111 Camino De La Costa
La Jolla, CA 92037

Karen Windham-Pinol
7313 Burnt Umber Street
Las Vegas, NV 89139

KJ Management Consulting
7313 Burnt Umber Street
Las Vegas, NV 89139

La Jolla Emergency
Acct No xxxxx1100
PO Box 2189
Stanton, CA 90680

Las Vegas Valley Water District
1001 S. Valley View Blvd.
Las Vegas, NV 89153

Lawn Dynamics
Acct No 3308
3935 White Fir Way
Las Vegas, NV 89124

Lee Ann Mill
Acct No x0226
3221 Nature Drive
Loveland, CO 80537

LL Bradford
Acct No Feeney
8880 W. Sunset Rd. #3
Las Vegas, NV 89148

Luther Burbank S & L
Acct No xxxxxxx7606
804 Fourth Street
Santa Rosa, CA 95404

Luther Burbank Savings
Acct No xxxxxx5766
604 4th St.
Santa Rosa, CA 95404

Mb Fin Svcs
Acct No xxxxxx2258
36455 Corporate Dr
Farmington Hills, MI 48331

Medicredit Inc
Acct No xxxxx1757
Po Box 410917
Saint Louis, MO 63141

Mercedes Benz
Acct No xxxxxx2258
PO Box 9001680
Louisville, KY 40290

Mercedes Benz
PO Box 9001680
Louisville, KY 40290

Messer and Stilp
Acct No x0629
166 W. Washington #300
Chicago, IL 60602

Michael & Helen Pruto
Acct No x1001
3188 Swallow Lane
Las Vegas, NV 89121

Michael Toth
Acct No x1001
241 Connecticut Street
Westfield, NJ 07090

Ncb Ne Er
Acct No xxxxxxxxxxxx7517
4661 E Main St
Columbus, OH 43213

NCO Financial
Acct No xx0008
PO Box 15372
Wilmington, DE 19850

NV Energy
Acct No xxxxxxxxxxxxxxx9011
PO Box 30086
Reno, NV 89520

NV Energy
PO Box 30086
Reno, NV 89520

Patty Romeo
Acct No x0101,x0227
1357 Goldenglow Road
Las Vegas, NV 89108

Paul Zahra
Acct No x1001
8436 Dutch Hill Court
Las Vegas, NV 89128

Personalized Pool
Acct No xxn930
2110 W. Bonanza Rd.
Las Vegas, NV 89103

PNC Bank
Acct No xxxxxxxxxxxx7517
PO Box 856177
Louisville, KY 40285

Pro Name
Acct No xx3488
4420 McGuire St
North Las Vegas, NV 89081

Professional Billing Ltd
Acct No x0101,x0731,x0227
59 Big Creek Court
Las Vegas, NV 89148

Protax
13715 Poway Rd. #B
Poway, CA 92064

Protection One
Acct No xxxx4224
PO Box 5714
Carol Stream, IL 60197

Republic Services
Acct No xxxxxxxxx8420
PO Box 78829
Phoenix, AZ 85062

Republic Services
Acct No xxxxxxxx8153
PO Box 78829
Phoenix, AZ 85062

Robert & Betty Baoy
Acct No x0531
3558 Auckland Castle Court
Las Vegas, NV 89135

Roma, Murphy & Horowitz
Acct No xxxxx3389
2815 Camino Del Rio South
Suite 111
San Diego, CA 92108

Ron Stanley
Acct No x1001
11079 Kilkerran Court
Las Vegas, NV 89141

Rose Mihata (Mihata Holdings)
2964 Sun Lake Dr.
Las Vegas, NV 89128

Sahara Surgery Center
Acct No xxxx-x5397
2401 Paseo Del Prado
Las Vegas, NV 89102

Samuel J. Mulligan
1100 Irvine Blvd. #14
Tustin, CA 92780

San Diego Gas and Electric
Acct No xxxxxxx1373
PO Box 25111
Santa Ana, CA 92799

Simply Vegas Real Estate
3042 South Durango
Las Vegas, NV 89117

Southwest Gas
PO Box 98890
Las Vegas, NV 89150

Splash Pool
Acct No xxxx xxxxxx xx xx xosta
PO Box 722261
San Diego, CA 92172

State of Nevada District Attorney
Acct No xx5076
PO Box 98584
Las Vegas, NV 89193

Summerlin Dermotology
Acct No xxxxx-xxeney
911 N. Buffalo #113
Las Vegas, NV 89128

Summerlin North
Acct No xxxxx-x-x94-11
PO Box 509081
San Diego, CA 92150

Thomas Standish
Acct No Feeney v Feeney
3500 Howard Hughes Pkwy 16th Floor
Las Vegas, NV 89169

Time Warner Cable
Acct No xxxxxxxxxxxx3082
PO Box 29390
Phoenix, AZ 85038

Walt Lawler
9117 W. Desert Inn Road
Las Vegas, NV 89117

We Got Ya Pest Control
Acct No 9022
46 3rd Ave. Suite H
Chula Vista, CA 91910

Wells Fargo
Acct No xxxxxxxxxxxx0001
Attn: Collection Servicing, 1st Floor, M
Po Box 31557
Billings, MT 59107

Wells Fargo Bank
Acct No xxxxxx1264
PO Box 5185
Sioux Falls, SD 57117

William Meeker
Acct No x1228,x1229,x0727,x0728
368 Lambert Road
Carpinteria, CA 93013

Yards Ahead Landscaping
Acct No xxxx xxxxxx xxxssic
3712 Plum Blossom Court
Las Vegas, NV 89129